IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CATRINA OLSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NORTHWEST HORIZONS, INC.,<br>d/b/a LOGAN HEALTH BRENDAN<br>HOUSE,<br><br>　　　　Defendant. | CV 24-180-M-KLD<br><br>ORDER OF RECUSAL |

　　I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

　　DATED this 9th day of April, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge